CARLE, Appellant, v. HAIGHT, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Severyn B. Carle against Andrew V. Haight. No opinion. Order affirmed, with $10 costs and disbursements.

CARPENTER, Respondent, v. ARNOLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Sarah Carpenter against John L. Arnold, as executor, etc. No opinion. Judgment affirmed, with costs. See Benedict v. Sliter, 82 Hun, 198, 31 N. Y. Supp. 413.

CARPENTER, Respondent, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Caroline Carpenter against Alfred C. Carpenter. No opinion. Order affirmed, with $10 costs and disbursements.

CHRYSLER, Appellant, v. WILKINSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Sarah A. Chrysler against William D. Wilkinson, as executor, etc. No opinion. Judgment affirmed, with costs.

CITY OF ROME, Respondent, v. DUNHAM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the city of Rome against John E. Dunham and George E. Dunham. No opinion. Order affirmed, with costs.

CITY OF UTICA, Respondent, v. UTICA TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the city of Utica against the Utica Telephone Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 48 N. Y. Supp. 916.

COATSWORTH v. LEHIGH VAL. RY. CO. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Reuben H. Coatsworth against the Lehigh Valley Railway Company. No opinion. Motion for leave to appeal to the court of appeals granted. Questions stated and settled, and filed with the clerk. See 48 N. Y. Supp. 511.

COLWELL v. TINKER. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Frederick L. Colwell against Charles A. Tinker. No opinion. Motion granted, with $10 costs.

COMMERCIAL BANK. Respondent, v. CATTO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the Commercial Bank against Beaman Catto, impleaded, etc. No opinion. Judgment affirmed, with costs. See 43 N. Y. Supp. 777: °45 N. Y. Supp. 1136; and 46 N. Y. Supp. 983.

COMMERCIAL BANK, Respondent, v. FOLTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the Commercial Bank against Moses Foltz and Beaman Catto, impleaded, etc. No opinion. Order of July 2d, denying motion to correct an order granted June 11, 1896, and order denying motion to strike out Catto's amended answer, and denying motion to vacate another order granted June 11, 1896, which vacated an order denying plaintiff's motion to strike out the amended answer of Catto, affirmed, without costs to either party. See 41 N. Y. Supp. 183.

COMMERCIAL BANK, Respondent, v. FOLTZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the Commercial Bank against Moses Foltz, impleaded, etc. No opinion. Judgment and order affirmed, with costs. See 41 N. Y. Supp. 183.

CONWAY v. CITY OF ROCHESTER et al. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by John Conway against the city of Rochester and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted, and questions certified and filed with the clerk. See 49 N. Y. Supp. 244.

COURSEY. Appellant, v. COE, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Stephen Coursey against W. Nelson Coe, impleaded, etc. No opinion. Motion denied.

CRAWFORD v. McCARTHY. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by William J. Crawford against Isabella McCarthy. No opinion. Motion dismissed. See 47 N. Y. Supp. 436.

CROCKER et al., Respondents, v. ORPHEUS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Leonard B. Crocker and others against Buffalo Orpheus and others. No opinion. Motion for reargument denied. See 48 N. Y. Supp. 1103.

CROUSE et al., Appellants, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by John M. Crouse and Beecher M. Crouse against Grace B. Williams. No opinion. Judgment and order affirmed, with costs.

DALRYMPLE, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Adelaide Dalrymple, as administratrix, etc., against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs.